IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 15-CV-00309-LTB-MJW

JAMES ROTHROCK, Individually and as Personal
Representative of the ESTATE OF JACQUELINE E. ROTHROCK,

    Plaintiffs,

v.

KENNETH L. CURRY, M.D.;
STEPHANIE SCHLENGER, R.N.; and
UCH-MHS, a Colorado Nonprofit Corporation doing business as UNIVERSITY OF
COLORADO HEALTH MEMORIAL HOSPITAL CENTRAL

    Defendants.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

---

    Plaintiff, James Rothrock, Individually and as Personal Representative of the Estate of Jacqueline E. Rothrock, through counsel, and Defendant, Ken L. Curry, M.D., through counsel, hereby stipulate and agree that all of Plaintiff's claims against Ken L. Curry, M.D. shall be dismissed with prejudice, with each party to pay his own costs and attorneys' fees.

    **WHEREFORE**, the Plaintiff, James Rothrock, Individually and as Personal Representative of the Estate of Jacqueline E. Rothrock, and Defendant, Ken L. Curry, M.D., request the Court to enter an Order dismissing all claims against all Defendants with prejudice, each party to pay his own costs and attorney fees.

    DATED January 14, 2016

DATED _____, 2016

By:_____
Kay J. Rice, #9922
Beth N. Nesis, #22538
Cooper, Rice & Olson, LLC
633 17th Street, Suite 2200
Denver, Colorado 80202
*Attorneys for Defendant* Ken L. Curry, M.D.

By:_____
Frank W. Coppola, #16717
William C. Marlin, #16093
Peter J. McCaffrey, #46740
Coppola & Marlin, P.C.
3010 E. 6th Avenue
Denver, CO 80206
*Attorneys for Plaintiff*

DATED _____, 2016

By: *s/Kay J. Rice*
Kay J. Rice
Beth N. Nesis
COOPER, RICE & OLSON, LLC
633 17th Street, Suite 2200
Denver, CO 80202
Telephone: (303) 607 0077
Fax: (303) 607 0472
Email: krice@cron-law.com
 bnesis@cron-law.com
Attorneys for Defendant Ken L. Curry, M.D.

2

By:_____  By:_____
Kay J. Rice, #9922  Frank W. Coppola, #16717
Beth N. Nesis, #22538  William C. Marlin, #16093
Cooper, Rice & Olson, LLC  Peter J. McCaffrey, #46740
633 17th Street, Suite 2200  Coppola & Marlin, P.C.
Denver, Colorado 80202  3010 E. 6th Avenue
*Attorneys for Defendant* Ken L. Curry, M.D.  Denver, CO 80206
  *Attorneys for Plaintiff*

DATED January 14, 2016

By: *s/Kay J. Rice*_____
Kay J. Rice
Beth N. Nesis
COOPER, RICE & OLSON, LLC
633 17th Street, Suite 2200
Denver, CO 80202
Telephone: (303) 607 0077
Fax: (303) 607 0472
Email:  krice@cron-law.com
        bnesis@cron-law.com
Attorneys for Defendant Ken L. Curry, M.D.

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 15, 2016, a true and correct copy of the foregoing was electronically filed with the Court and served on the following parties via CM/ECF:

Frank W. Coppola, Esq.
William C. Marlin, Esq.
Peter J. McCaffrey, Esq.
Coppola & Marlin, P.C.
3010 East 6th Avenue
Denver, CO 80206
fwc@coppolamarlin.com
bill@coppolamarlin.com
pete@coppolamarlin.com

Lori M. Moore, Esq.
Retherford Mullen & Moore LLC
2925 Professional Place, Suite 202
Colorado Springs, CO 80904
lmoore@rmmattys.com


s/ Suzanne Gould
_____