# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.   15-cv-00309-LTB-MJW

JAMES ROTHROCK, individually and as
Personal Representative of the ESTATE OF JACQUELINE E. ROTHROCK,

      Plaintiff,

v.

KENNETH L. CURRY, M.D.,
STEPHANIE SCHLENGER, R.N., and
UCH-MHS, a Colorado Nonprofit Corporation doing business as
UNIVERSITY OF COLORADO HEALTH MEMORIAL HOSPITAL CENTRAL,

      Defendants.

___

# ORDER
___

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice of All Defendants (Doc 24 - filed January 15, 2016), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

      BY THE COURT:

      s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED:   January 19, 2016